JON L.R. DALBERG (State Bar No. 128259)
jdalberg@lgbfirm.com
RODGER M. LANDAU (State Bar No. 151456)
rlandau@lgbfirm.com
ROYE ZUR (State Bar No. 273875)
rzur@lgbfirm.com
LANDAU GOTTFRIED & BERGER LLP
1801 Century Park East, Suite 700
Los Angeles, California 90067
Telephone: (310) 557-0050
Facsimile: (310) 557-0056

Attorneys for Vikaran Ghei and Michael Zaitzeff,
Liquidating Trustees
.

FILED
CLERK, U.S. DISTRICT COURT

Aug 3, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____PMC_____ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| In re<br><br>FIRST REGIONAL BANCORP,<br><br><br>Debtor. | Dist. Ct. Case No. 2:15-cv-03160-SVW<br><br>Bankr. Case No. 2:12-bk-31372-ER<br><br>Adv. Case No. 2:14-ap-01221-ER |
| VIKARAN GHEI AND MICHAEL ZAITZEFF, AS CO-LIQUIDATING TRUSTEES OF THE LIQUIDATING TRUST ESTABLISHED UNDER THE CONFIRMED SECOND AMENDED CHAPTER 11 LIQUIDATING PLAN OF FIRST REGIONAL BANCORP.,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR FIRST REGIONAL BANK OF CALIFORNIA,<br><br>Defendant. | [PROPOSED] ORDER APPROVING STIPULATION FOR DISMISSAL OF APPEAL |

LANDAU GOTTFRIED & BERGER LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

EXHIBIT 1
2

The Court, having reviewed and considered the *Stipulation for Dismissal of Appeal* (the "Stipulation") filed by appellants/plaintiffs, Vikaran Ghei and Michael Zaitzeff, as co-liquidating trustees of the Liquidating Trust established pursuant to the Second Amended Chapter 11 Liquidating Plan for First Regional Bancorp (the "Trustees") on the one hand, and appellee/defendant Federal Deposit Insurance Corporation, in its capacity as receiver for First Regional Bank of California (the "FDIC-Receiver") on the other hand; and good cause appearing therefor,

**IT IS HEREBY ORDERED**:

1.      The Stipulation is APPROVED in its entirety.

2.      The above-captioned appeal, Case No. 2:15-cv-03160-SVW, shall be dismissed.

3.      The Trustees on the one hand, and the FDIC-Receiver on the other hand, shall bear their/its own attorneys' fees and costs on appeal.

4.      Nothing herein shall affect the Trustees' appeal pending as Case No. 2:15-cv-04377-SVW.

**IT IS SO ORDERED**

Dated:   ___August 3, 2015___

_____
Stephen V. Wilson
United States District Judge

EXHIBIT 1      1
3